UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION CASTPARTS CORP., an Oregon Corporation, and PCC GERMANY HOLDINGS GMBH, a German business entity,<br><br>Petitioners,<br><br>v.<br><br>SCHULZ HOLDING GMBH & CO. KG, a German Business entity, SCHULZ EXTRUDED PRODUCTS BETEILIGUNGS GMBH & CO. KG, a German business entity, and SCHULZ EXTRUDED PRODUCTS VERWALTUNGS GMBH, a German business entity,<br><br>Respondents. | Civil Action No. _____ |

## NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD

PLEASE TAKE NOTICE THAT, upon the Petition to Confirm Arbitration Award, dated April 14, 2020, with exhibits annexed thereto, Petitioners hereby apply to this Court at the Daniel Moynihan United States Courthouse, 500 Pearl Street, New York, NY, for an order and a judgment pursuant to 9 U.S.C. § 207 confirming an arbitration award issued by the American Arbitration Association, International Centre for Dispute Resolution in Case No. 01-18-0001-0115 (the "Arbitration") on April 9, 2020, and transmitted to Petitioners and Respondents on April 10, 2020, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 9 U.S.C. § 6 and local Civil Rule 6.1(b)(2), answering papers to the Petition shall be served within 14 days following service hereof.

DATED:  April 14, 2020

                                      CRAVATH, SWAINE & MOORE LLP,

                            by    /s/ Justin C. Clarke

                                            Robert H. Baron
                                            Justin C. Clarke
                                           Members of the Firm

                                            Worldwide Plaza
                                        825 Eighth Avenue
                                     New York, NY 10019
                                        (212) 474-1000
                                        rbaron@cravath.com
                                        jcclarke@cravath.com

                                        *Attorneys for Petitioners Precision*
                                        *Castparts Corp. and PCC Germany*
                                        *Holdings GmbH*

TO:

Schulz Holding GmbH & Co. KG;
Schulz Extruded Products Beteiligungs GmbH & Co. KG;
Schulz Extruded Products Verwaltungs GmbH;

*Care of*:

| Scott N. Cowan | Katie L. Wall |
| --- | --- |
| Jonathan L. Marsh | JONES DAY |
| JONES DAY | 2727 N. Harwood Street, Suite 600 |
| 717 Texas Street, Suite 300 | Dallas, Texas 75201 |
| Houston, Texas 77002 | klwall@jonesday.com |
| swcowan@jonesday.com | |
| jmarsh@jonesday.com | |