UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION CASTPARTS CORP., an Oregon Corporation, and PCC GERMANY HOLDINGS GMBH, a German business entity,<br><br>                              Petitioners,<br><br>v.<br><br>SCHULZ HOLDING GMBH & CO. KG, a German Business entity, SCHULZ EXTRUDED PRODUCTS BETEILIGUNGS GMBH & CO. KG, a German business entity, and SCHULZ EXTRUDED PRODUCTS VERWALTUNGS GMBH, a German business entity,<br><br>                              Respondents. | **Civil Action No. _____** |

## **RULE 7.1 STATEMENT OF PRECISION CASTPARTS CORP. AND PCC GERMANY HOLDINGS GMBH**

        Pursuant to Federal Rule of Civil Procedure Rule 7.1, Petitioners Precision Castparts Corp. and PCC Germany Holdings GbmH disclose as follows:

        Petitioner Precision Castparts Corp. is an Oregon corporation wholly owned by Berkshire Hathaway Inc., a publicly held corporation.

        Petitioner PCC Germany Holdings GbmH is a limited liability company organized under the laws of Germany that is a wholly-owned subsidiary of Precision Castparts Corp., which is a wholly-owned subsidiary of Berkshire Hathaway Inc.

<table>
<tr><td>DATED: April 14, 2020</td><td>CRAVATH, SWAINE & MOORE LLP,<br><br>by    /s/ Justin C. Clarke<br>Robert H. Baron<br>Justin C. Clarke<br>Members of the Firm<br><br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000<br>rbaron@cravath.com<br>jcclarke@cravath.com<br><br>*Attorneys for Petitioners Precision Castparts Corp. and PCC Germany Holdings GmbH*</td></tr>
</table>