UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION CASTPARTS CORP., an Oregon Corporation, and PCC GERMANY HOLDINGS GMBH, a German business entity, <br><br> Petitioners, <br><br> v. <br><br> SCHULZ HOLDING GMBH & CO. KG, a German business entity, SCHULZ EXTRUDED PRODUCTS BETEILIGUNGS GMBH & CO. KG, a German business entity, and SCHULZ EXTRUDED PRODUCTS VERWALTUNGS GMBH, a German business entity, <br><br> Respondents. | Civil Action No. 20-cv-3029 |

## FINAL JUDGMENT

WHEREAS on April 14, 2020, Petitioners Precision Castparts Corp. and PCC Germany Holdings GmbH petitioned this Court for an order (i) confirming an arbitration award (the "Award") pursuant to Section 207 of the Federal Arbitration Act, 9 U.S.C. § 207, and the 1958 Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517; and (2) entering judgment on the Award in favor of Petitioners and against Respondents Schulz Holding GmbH & Co. KG, Schulz Extruded Products Beteiligungs GmbH & Co. KG, and Schulz Extruded Products Verwaltungs GmbH, including interest thereon; and

WHEREAS, on July 15, 2020, this Court issued an Opinion and Order granting Petitioners' petition and confirming the Award;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

(1) Judgment is entered in favor of Petitioners Precision Castparts Corp. and PCC Germany Holdings GmbH and against Respondents Schulz Holding GmbH & Co. KG, Schulz Extruded Products Beteiligungs GmbH & Co.

KG, and Schulz Extruded Products Verwaltungs GmbH, jointly and severally, in the amounts of:

(a) €643,000,000, plus simple interest on such amount at the rate of 3.75% per annum from February 16, 2017 until full payment of this amount;

(b) €62,302.58 for costs, plus simple interest on such amount at the rate of 3.75% per annum from April 10, 2020 until full payment of this amount; and

(c) $411,017.17 for arbitration-related fees, compensation, and expenses, plus simple interest on such amount at the rate of 3.75% per annum from April 10, 2020 until full payment of this amount; and

(2) This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: 7/21/2020

_____

UNITED STATES DISTRICT JUDGE

2